**ROBERTSON OIL COMPANY, INC., Appellee,**

v.

**PHILLIPS PETROLEUM COMPANY, Appellant.**

### No. 91–3717WAFS.

United States Court of Appeals, Eighth Circuit.

January 27, 1993.

The suggestion for rehearing en banc is granted. The judgment and opinion filed by the panel are vacated.

This case will be set for argument before the court en banc at a later date.

Chief Judge Arnold and Judge Morris S. Arnold took no part in the consideration or decision of this case.